IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

PAUL E. LANDES, as personal representative of the ESTATE OF DARLENE LANDES, Deceased,

Plaintiff,

v.

WAL-MART STORES EAST, LP; and WALMART, INC.,

Defendants.

Cause No. CV-26-274-GF-JTJ

**ORDER GRANTING MOTION TO REMAND**

On October 30, 2026, the Court conducted a hearing on Plaintiff's Motion to Remand. (Doc. 17). For reasons stated in open court, Plaintiff's motion is granted and this case is remanded to Montana's Eighth Judicial District Court. The Clerk of Court is directed to close this case.

**DATED** this 3rd day of November 2026.

John Johnston
United States Magistrate Judge